# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **STEVE SATTLER,** *as Trustee of the Sattler Family Trust*, <br>       *Plaintiff* <br><br>**v.** <br><br>**MARCUS & MILLICHAP CAPITAL CORPORATION and MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES OF NEVADA, INC.,** <br>       *Defendants* | § § § § § § § § § § § §   **Case No. 1:23-CV-01492-DII** |

## ORDER

The parties filed a Proposed Scheduling Order on February 23, 2024. Dkt. 19. The Proposed Scheduling Order does not conform to Judge Robert Pitman's Proposed Agreed Scheduling Order posted on the website for the U.S. District Court for the Western District of Texas. The parties must submit to the Court a proposed scheduling order that follows this form. W.D. TEX. LOC. R. CV-16(a).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Pitman's form on or before **March 21, 2024**.

**SIGNED** on March 7, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1